**RICHARD A. SLY, OSB #630740**
richardsly@evans-evans.com
610 SW Broadway, Suite 405
Portland, Oregon 97205
Phone:  (503)224-0436
Fax:      (503)226-1227

**LINDA S. ZISKIN, OSB #011067**
linda@ziskinlawoffice.com
P.O. Box 753833
Las Vegas, NV 89136
Phone:  (503) 889-0472
Fax:      (888) 889-5776
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN P. LITTLEFIELD,<br><br>              **Plaintiff,**<br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>              **Defendant.** | Case No. 3:12-cv-01464-ST<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $15,414.23, are hereby awarded to Plaintiff's attorney, Richard A. Sly. Previously, this Court awarded Mr. Sly $7,509.95 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Mr. Sly the balance of **$7,904.28**. Any withheld amount then remaining should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this 11th day of March, 2015.

_____
HON. JANICE M. STEWART
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY, OSB #63074
610 SW Broadway, Suite 405
Portland, OR 97205
(503) 224-0436
 Attorney for Plaintiff